UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SATISH RAMACHANDRAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LOS ALTOS, et al.,<br><br>　　　　Defendants. | Case No.18-cv-01223-VKD<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS FOR PLAINTIFF'S FAILURE TO APPEAR** |

On October 24, 2018, the Court ordered the parties to appear for a status conference for October 30, 2018 at 1:30 p.m. Dkt. No. 38. The Court held the October 30, 2018 status conference as scheduled, but plaintiff Satish Ramachandran did not appear. Dkt. No. 41.

Accordingly, plaintiff's counsel of record, Fulvio Cajina, is ORDERED TO SHOW CAUSE why the Court should not impose monetary or other sanctions against him and/or his client for plaintiff's failure to appear at the status conference held October 30, 2018. A written response to this Order must be filed by **November 2, 2018**. The Court will hold a hearing on this Order to Show Cause on **November 6, 2018 at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95113. Both Mr. Ramachandran and Mr. Cajina must attend this hearing in person.

**IT IS SO ORDERED.**

Dated: October 30, 2018

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge