UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SATISH RAMACHANDRAN, <br> Plaintiff, <br> v. <br> CITY OF LOS ALTOS, et al., <br> Defendants. | Case No.18-cv-01223-VKD <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS FOR PLAINTIFF'S FAILURE TO APPEAR** <br><br> Re: Dkt. No. 44 |

On October 16, 2018, defendants filed a motion to extend the deadline to complete mediation, citing plaintiff's failure to serve the first amended complaint on the newly added defendants and his lack of cooperation in scheduling a mediation. Dkt. No. 37. The Court held a status conference on October 30, 2018 concerning the issues raised in defendants' motion. Dkt. No. 41. Plaintiff did not appear at the status conference.

The Court issued an order to show cause why plaintiff and/or his counsel should not be sanctioned for failure to appear. Dkt. No. 44. In that order, the Court ordered plaintiff to respond to the show cause order by November 2, 2018 and to appear at a show cause hearing on November 6, 2018. Plaintiff failed to file a response to the show cause order, but plaintiff and his counsel appeared in person at the November 6, 2018 hearing to explain the failure to appear. In addition, plaintiff represented that he would serve the first amended complaint on the newly added defendants by November 14, 2018 as the Court ordered (Dkt. No. 43). Plaintiff is admonished to ensure compliance in future with all deadlines set in this matter.

The Court accepts plaintiff's counsel's explanation for his failure to appear at the October 30, 2018 hearing, and for good cause shown, the order to show cause issued on October 30, 2018

is hereby DISCHARGED.

**IT IS SO ORDERED.**

Dated: November 6, 2018

VIRGINIA K. DEMARCHI
United States Magistrate Judge