UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SATISH RAMACHANDRAN,<br>Plaintiff,<br>v.<br>CITY OF LOS ALTOS, et al.,<br>Defendants. | Case No.18-cv-01223-VKD<br><br>**ORDER GRANTING MOTION TO EXTEND DEADLINE FOR COMPLETION OF MEDIATION**<br><br>Re: Dkt. No. 37 |

On October 16, 2018, defendants filed a motion to extend the deadline to complete mediation, citing plaintiff's failure to serve the first amended complaint on the newly added defendants and his lack of cooperation in scheduling a mediation. Dkt. No. 37. The Court held a status conference on October 30, 2018 concerning the issues raised in defendants' motion. Dkt. No. 41. Plaintiff did not appear at the status conference.

Following the status conference, the Court ordered plaintiff to serve the first amended complaint and summons on defendants Zach Dahl, Jon Biggs, Chris Jordan, Garrett Jones, Jean Mordo, Sgt. Steve Spillman, Officer Eric Bardwell, and Officer Jessica Vernon by November 13, 2018. Dkt. No. 43.

The Court now grants defendants' request to extend the deadline to complete mediation, which is currently set for November 21, 2018. The parties shall complete mediation by **January 21, 2019**. Plaintiff shall promptly contact defendants' counsel to arrange for the mediation session, including confirming in writing plaintiff's prior agreement that a representative from the City of Los Altos be permitted to attend the mediation on behalf of all defendants in this matter, as the City is providing for the defense of each individual defendant. The parties shall cooperate to ensure that the mediation is completed by January 21, 2019.

**IT IS SO ORDERED.**

Dated: November 6, 2018

VIRGINIA K. DEMARCHI
United States Magistrate Judge