UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SATISH RAMACHANDRAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ALTOS, et al.,<br><br>Defendants. | Case No.18-cv-01223-VKD<br><br>**SECOND INTERIM ORDER RE DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 64 |

On December 12, 2018, the Court ordered plaintiff Satish Ramachandran to respond to a discovery letter filed by defendants on December 11, 2018. Dkt. No. 65. In his response, Mr. Ramachandran asserts that all discovery in this matter was stayed automatically pursuant to California Code of Civil Procedure § 425.16(g) as soon as defendants filed a motion to strike under California's Anti-SLAPP (Strategic Litigation Against Public Participation) statute. Dkt. No. 66.

Mr. Ramachandran's premise is incorrect. California state civil procedure does not generally apply in an action in a *federal* court, even if the federal action includes state law claims. *Metabolife Int'l, Inc. v. Wornick*, 264 F.3d 832, 839 (9th Cir. 2001) ("Procedural state laws are not used in federal court if to do so would result in a 'direct collision' with a Federal Rule of Civil Procedure."). With respect to anti-SLAPP motions, courts engage in a "threshold inquiry" to determine whether California Code of Civil Procedure § 425.16(g)'s discovery stay should apply in a particular case. *Z.F. v. Ripon Unified Sch. Dist.*, 482 Fed. A'ppx 239, 240 (9th Cir. 2012). Whether the discovery stay applies depends on whether the anti-SLAPP motion is "founded on purely legal arguments," or whether it raises factual issues that require discovery in order to resolve. *Nat'l Abortion Fed. v. Center for Medical Progress, et al.*, No. 15-cv-03522-WHO, 2015

WL 5071977, at *3–4 (N.D. Cal. Aug. 27, 2015).

The parties have not addressed the issue of whether section 425.16(g)'s discovery stay should apply *in this federal action* to the discovery defendants move to compel, in view of defendants' pending anti-SLAPP motion. The parties shall submit supplemental discovery dispute letters of no more than 1000 words addressing this issue on or before **January 15, 2019**.

**IT IS SO ORDERED.**

Dated: December 14, 2018

VIRGINIA K. DEMARCHI
United States Magistrate Judge