# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SATISH RAMACHANDRAN,<br><br>Plaintiff,<br><br>v.<br><br>BEST BEST & KRIEGER, LLP, et al.,<br><br>Defendants. | Case No. 5:20-cv-03693 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Virginia K. DeMarchi to determine whether it is related to 5:18-cv-01223 VKD, *Satish Ramachandran v. City of Los Altos, et al.*

IT IS SO ORDERED.

Date: June 3, 2020

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 20-cv-03693 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES