UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SATISH RAMACHANDRAN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LOS ALTOS, et al.,<br><br>    Defendants. | Case No. 18-cv-01223-VKD<br><br>**ORDER DECLINING SUA SPONTE REFERRAL AND VACATING INTERIM ORDER**<br><br>Re: Dkt. Nos. 169, 171 |

In view of defendants' declination of magistrate judge jurisdiction in *Ramachandran v. Best Best & Krieger LLP*, Case No. 20-cv-03693-BLF (N.D. Cal.) and the resulting reassignment of that action from Judge Cousins to Judge Freeman, the Court declines Judge Cousins's sua sponte referral for determination of whether that action is related to this action, Case No. 18-cv-01223. The June 4, 2020 interim order (Dkt. No. 171) is hereby VACATED.

**IT IS SO ORDERED.**

Dated: June 15, 2020

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge