John Houston Scott, SBN 72578
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA  94109
Tel: (415) 561-9601
Fax: (415) 561-9609
Email: john@scottlawfirm.net

William A. Cohan, SBN 141804
**WILLIAM A. COHAN, P.C.**
P.O. Box 3448
Rancho Santa Fe, CA  94067
Telephone: (858) 832-1632
Facsimile: (858) 832-1845
Email: bill@williamacohan.com

Brian Gearinger, SBN 146125
**GEARINGER LAW GROUP**
740 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 440-3102
Email: brian@gearingerlaw.com

Attorneys for Plaintiff SATISH RAMACHANDRAN

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SATISH RAMACHANDRAN, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ALTOS, et al., <br><br> Defendants. | Case No:  5:18-cv-01223-VKD <br><br> **PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br> [Civil L.R. 3-12(b)] |

Plaintiff Satish Ramachandran requests that this Court determine that this case is related to *Ramachandran v. Best Best & Krieger LLP, et al.*, Case Number 5:20-cv-03693-BLF.

- 1 -

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109

1    **I.    The Actions Concern Substantially The Same Parties, Property, Transaction Or**

2    **Event**

3          **A.   The Same Parties**

4    Plaintiff is the same individual plaintiff in both actions.

5          The defendants in this action are (1) the City of Los Altos, (2) Kirk Ballard, (3) David

6    Kornfield, and (4) Christopher Jordan. The defendants in *Ramachandran v. Best Best & Krieger*

7    *LLP, et al.*, are (1) Best Best & Krieger, (2) Christopher Diaz, (3) Christina Hickey, (4) Kirk

8    Ballard, (5) David Kornfield, (6) Christopher Jordan, and (7) Pamela Jacobs. Thus, Defendants

9    Ballard, Kornfield, and Jordon are defendants in both actions.

10         **B.  The Same Property**

11   Plaintiff's residence is central to both actions

12         **C.  The Same Transaction or Event**

13         The same "transactions(s) or event(s)" predominate both actions. Specifically, both

14   actions allege racial discrimination and retaliation against Plaintiff by the City of Los Altos and

15   its officials/employees Kirk Ballard, David Kornfield and Christopher Jordan.  The second action,

16   *Ramachandran v. Best Best & Krieger LLP, et al.*, mirrors this action, except it adds conspiracy

17   claims and additional defendants as named co-conspirators, i.e., Best Best & Krieger LLP, Chris

18   Diaz, Christina Hickey and Pamela Jacobs. The second action also add further factual allegations

19   regarding the conspiracy claims.

20         This Court conducted a detailed analysis of the first and second actions in its April 20,

21   2020 Order Granting in Part and Denying in Part Motion for Leave to File Fourth Amended and

22   Supplemental Complaint. (Dkt. No. 147 at 4:28-7:14.) This Court concluded in its April 20 Order

23   that "the record reflects that Mr. Ramachandran's present counsel belatedly identified potential

24   claims and additional defendants that prior counsel had not identified, and sought to include them

25   in the case." (Dkt. No. 147 at 16:16-18.)

26   **II.    Unduly Burdensome Duplication Of Labor**

27         Discovery has closed in this action; however, discovery in *Ramachandran v. Best Best &*

28

PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

1    *Krieger LLP, et al.* can be coordinated by this Court in order to prevent an unduly

2    burdensome duplication of labor. Likewise, Defendants already have filed a motion for summary

3    judgment in this case. This Court more readily can apply any dispositive rulings in this case to

4    *Ramachandran v. Best Best & Krieger LLP, et al.*, again avoiding duplication of labor on certain

5    issues.

**III.    Conflicting Results If The Cases Are Conducted Before Different Judges**

7         Since both cases involve essentially the same actions by agents and employees of the City

8    of Los Altos and Plaintiff's neighbor from 2013 through the present, relating the cases eliminates

9    the risk of conflicting rulings and results from different judges.

**IV.    Conclusion**

11        For the above reasons, this Court should determine that this case is related to

12   *Ramachandran v. Best Best & Krieger LLP, et al.*

13   Dated:  June 23, 2020

**GEARINGER LAW GROUP**

By: /s/ Brian Gearinger
    BRIAN GEARINGER
    Attorneys for Plaintiff SATISH
    RAMACHANDRAN
    **SCOTT LAW OFFICE**


By: /s/John Houston Scott
    JOHN HOUSTON SCOTT
    Attorneys for Plaintiff SATISH
    RAMACHANDRAN

**WILLIAM A. COHAN, P.C.**


By: /s/ Brian Gearinger
    WILLIAM A. COHAN
    Attorneys for Plaintiff SATISH
    RAMACHANDRAN

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109

- 3 -

PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109

1

## CERTIFICATE OF SERVICE

2

3

*Satish Ramachandran v. City of Los Altos, et al.*
United States District Court for the Northern District of California
Case Number  5:18-cv-01223-VKD

4

I, Mike Keck, declare as follows:

5

6

I am a citizen of the United States, over the age of eighteen years and not a party to the

7

above-entitled action. My business address is 740 Fourth Street, Santa Rosa, California 95404.

8

On June xx, 2020, I served the attached:

9

**PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES ARE
RELATED**

10

11

on the interested party or parties as indicated below, addressed as follows:

12

SEE ATTACHED SERVICE LIST

13

☒ **MAIL**[1]          ☐ **CERTIFIED MAIL**[2]          ☐ **NEXT-DAY SERVICE**[3]

14

☐ **HAND DELIVERY**[4]          ☐ **FACSIMILE**[5]          ☒ **EMAIL**[6]

15

16

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed June 23, 2020, at Santa Rosa, California.

17

18

_____

19

MIKE KECK

20

21

*Satish Ramachandran v. Best Best & Krieger LLP, et al.*
United States District Court for the Northern District of California

22

23

[1] I personally sealed the document(s) in a postage paid package, addressed as indicated above. Following ordinary office practice, I placed it in the office's usual location for mailing with the USPS.

24

[2] I personally served the document(s) as mail described above, and certified it with return receipt requested.

25

[3] I personally sealed the document(s) in a postage paid package, addressed as indicated above. Following ordinary office practice, I placed it in a regularly used drop box by an overnight delivery service.

26

[4] I personally sealed the document(s) in a package, addressed as indicated above. I caused such envelope to be hand-delivered by a same-day messenger service to the addressee(s) on this date.

27

[5] I personally faxed the document(s) addressed as indicated above. No error was reported by the sending machine. The transmission record for this facsimile complies with California Rule of Court 2003(6).

28

[6] I personally electronically served the document(s) to4he electronic mailing address indicated above.

PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Case Number 5:20-cv-03693-BLF

<u>PARTY/ATTORNEY SERVICE LIST</u>

David Cantrell, Esq.                                      Attorneys for Defendants
Lester & Cantrell, LLP                              BEST BEST & KRIEGER LLP, CHRISTINA
1770 Iowa Avenue, Suite 110                   HICKEY and CHRISTOPHER DIAZ
Riverside CA  92507
E-mail:  dcantrell@lc-lawyers.com

E. David Marks, Esq.                              Attorney for Defendant Pamela Jacobs
GCA Law Partners LLP
2570 W. El Camino Real, Suite 400
Mountain View, CA  94040

Kirk Brian Ballard
118 Glenwood Court
Vacaville CA  95688

Christopher A. Jordan
1572 Landell Court
Los Altos CA   94024

David James Kornfield
455 Navaro Way, Unit 108
San Jose CA  95134

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 5 -