1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

SAN JOSE DIVISION

7

8    SATISH RAMACHANDRAN,                    Case No.  18-cv-01223-VKD

9                        Plaintiff,

10           v.                              **PRETRIAL ORDER NO. 1**

11    CITY OF LOS ALTOS, et al.,             **ORDER SETTING JURY**
                                             **INSTRUCTION CONFERENCE**
12                       Defendants.

13

14          The Court held a final pretrial conference on January 27, 2022, and now orders as follows:

15          **1.      Issues to Be Decided at Trial**

16          The only claims that remain for trial are:

17          1.      Plaintiff's claim, pursuant to 42 U.S.C. § 1983, against defendant Kirk Ballard for

18                  retaliation in violation of plaintiff's First Amendment right to file and prosecute

19                  this action against the City of Los Altos and several of its employees.

20          2.      Plaintiff's claim, pursuant to 42 U.S.C. § 1983, against defendant Christopher

21                  Jordan for retaliation in violation of plaintiff's First Amendment right to file and

22                  prosecute this action against the City of Los Altos and several of its employees.

23          3.      Plaintiff's claim, pursuant to 42 U.S.C. § 1983, against defendant City of Los Altos

24                  for retaliation in violation of plaintiff's First Amendment right, based on the

25                  conduct of Mr. Ballard and Mr. Jordan as final decision makers or final policy

26                  makers for the City.

27          The parties do not dispute that Mr. Ramachandran's filing and prosecution of the

28    complaint in this action are protected activities.  The disputed issues to be decided at trial are:

United States District Court
Northern District of California

1.   Whether either individual defendant retaliated against Mr. Ramachandran by engaging in conduct that would chill a person of ordinary firmness from continuing to engage in the protected activity.

2.   Whether the protected activity was a substantial or motivating factor in either individual defendant's retaliatory conduct.

3.   Whether the individual defendants would have engaged in the same conduct even in the absence of the protected activity.

4.   Whether either individual defendant acted as a final decision maker or final policy maker when engaging the alleged retaliatory conduct.

5.   Whether and to what extent Mr. Ramachandran has suffered damages as result of the alleged retaliation, and if so, what amount of damages should be awarded to him.

**2.     Jury Instructions and Proposed Verdict Form**

The Court sets a jury instruction conference for **February 14, 2022 at 10:00 a.m.** via Zoom.  The Court will also address the proposed form of verdict at that time.  The Court anticipates sending the parties draft instructions and a draft verdict form for their review by **February 10, 2022**.

**3.     List of Interested Persons**

By **February 17, 2022**, the parties shall submit one joint list of interested persons and entities.  The joint list should include the names of the parties and witnesses, the attorneys and the names of their law firms, and the names of any other persons who were materially involved in working on the case.  This list will be used to assist the Court and the parties in assessing whether any prospective jurors should be excused from service based on a connection with an interested person.

**4.     Jury Trial**

The jury trial will be held in person in Courtroom No. 6, 4th floor, 280 South First Street, San Jose, California.  The jury trial will be held on the following days, unless otherwise ordered by the Court: **January 22, 23, 24, 25 and 28, 2022**.  Trial will be conducted from 9:00 a.m. to

12:00 p.m. and 1:30 p.m. to 4:00 p.m., with short morning and afternoon breaks.  Counsel may need to arrive earlier or stay later to address any matters that must be heard out of the presence of the jury.

Each side may have up to 10 minutes for voir dire for each group of prospective jurors.

Each side may have up to 1 hour for opening statements.

Each side may have up to 1 hour for closing statements.

Each side will have up to 10 hours for the presentation of evidence and cross-examination of witnesses.

All prospective jurors will be shown the Northern District of California's Unconscious Bias video, unless the Court sustains an objection to the video.  The video is available for viewing on the Court's website at https://www.cand.uscourts.gov/attorneys/jury-video.

The jury will consist of 8 jurors.  Each side has 3 peremptory challenges.

During deliberations the jury can take lunch and breaks whenever they choose to do so. The jury can deliberate on consecutive business days.

### 5.   Exclusion of Non-Party Witnesses, Recording, and Photographing

All non-party witnesses are excluded from the courtroom until they have completed their testimony, have been excused by the Court, and are not subject to recall.  Recording and photographing in the courtroom are prohibited.

### 6.   Order and Timing of Witnesses/Exhibits

The parties are expected to provide each other with notice of the order and timing of witnesses to be called at trial (live or by deposition), the exhibits to be used with each witness (other than for impeachment), and demonstratives to be used with witnesses, in opening statements and in closing arguments.  The parties must confer in advance of trial regarding the manner and timing of such notices so that objections may be raised with and resolved by the Court without delaying the conduct of the trial.

### 7.   Trial Transcripts

Instruction on how to file a request for a transcript using Form CAND-435 are available at https://www.cand.uscourts.gov/about/clerks-office/transcripts-court-reporters/.

United States District Court
Northern District of California

United States District Court
Northern District of California

**8.      Electronic Equipment**

If a party wishes to bring electronic equipment or other large items into the courthouse, the party must file a request and proposed order with the Court by **February 14, 2022**.  Such equipment must be tested in the courtroom prior to trial.  Arrangements may be made with Judge DeMarchi's courtroom deputy, Adriana Kratzman, at vkdcrd@cand.uscourts.gov.

**9.      Jury Selection Process**

In this district, all prospective jurors fill out a standard online questionnaire to determine whether they are legally qualified to serve as jurors and whether they should be excused for COVID-19 related reasons.  The questionnaire also asks for basic demographic and background information.  The jury office expects to email the completed questionnaires to the Court and counsel for the parties by February 17, 2022.  The Court will hold a hearing to determine whether any prospective jurors must be excused for hardship or for cause (to the extent it can be assessed) on **February 18, 2022 at 4:00 p.m.** via Zoom.

**10.      Assessment of Jury Costs**

If the parties reach a settlement and fail to notify the Court and dismiss the case by **February 18, 2022**, the Court will assess jury costs pursuant to Civil Local Rule 40-1.  Such costs shall be evenly split between the two sides and will include juror fees, juror mileage reimbursement, and juror parking reimbursement.

**11.      Public Health Considerations**

In view of the ongoing COVID-19 pandemic, this district requires all courthouse visitors to follow any safety protocols announced on the Court's website at cand.uscourts.gov and in Judge DeMarchi's courtroom.  *See* General Order No. 78.  In addition, this district has recognized the importance of vaccination and testing "to combat the spread of COVID-19 and protect the health and safety of individuals in the courthouses and court facilities of the Northern District of California and those interacting with the judiciary workforce."  *See* General Order No. 80.[1]  The Court intends to conduct this trial in a manner that reasonably assures the safety of the community, including court staff, jurors, and all other trial participants, but also others in the community that

---

[1] The Court's General Orders may be found here: https://cand.uscourts.gov/rules/general-orders/

United States District Court
Northern District of California

1   may be impacted by the gathering of many people indoors for trial, such as those who may come

2   in contact with trial participants and local institutions, like hospitals, that are impacted by the

3   prevalence of the virus in the community.

4          The Court intends to follow current CDC guidance and state and local public health

5   directives regarding vaccination, masking, testing, and social distancing.  At present, that guidance

6   suggests that the Court should require everyone in the courtroom to (1) be fully vaccinated,

7   including any available boosters; (2) wear a well-fitting mask[2] indoors in public in areas of

8   "substantial" or "high" levels of community transmission, regardless of vaccination status; (3) stay

9   six feet apart, and (4) test to prevent spreading disease to others.  *How to Protect Yourself &*

10  *Others*, Centers for Disease Control and Prevention (January 20, 2022),

11  https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/prevention.html.  As of

12  February 1, 2022, Santa Clara County has a "high" level of community transmission.  *COVID*

13  *Data Tracker*, Centers for Disease Control and Prevention (February 1, 2022),

14  https://covid.cdc.gov/covid-data-tracker/#county-view?list_select_state=California&data-

15  type=Risk&list_select_county=6085.

16         During the pretrial conference, counsel for the parties expressed differing views on the

17  necessity and/or advisability of the Court requiring that all trial participants, including jurors, be

18  fully vaccinated (including booster shot), and that all trial participants wear N95 masks (or

19  similar).  The parties shall confer and shall jointly advise the Court of their views on these and any

20  other matters bearing on COVID-19-related precautions.  The Court notes that other judges in this

21  district have required all jurors to be fully vaccinated.  *See, e.g.*, *Quintara Biosciences, Inc. v.*

22

23  _____

24  [2] According to the CDC, "[w]hile all masks and respirators provide some level of protection,
    properly fitting respirators provide the highest level of protection."  *Types of Masks and*
    *Respirators*, Centers for Disease Control and Prevention (January 28, 2022),

25  https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/types-of-masks.html.  Further,
    the CDC "continues to recommend that you wear the most protective mask you can, that fits well

26  and that you will wear consistently."  *Use Masks to Slow the Spread of COVID-19*, Centers for
    Disease Control and Prevention (August 12, 2021), https://www.cdc.gov/coronavirus/2019-

27  ncov/prevent-getting-sick/masks.html.  *See also Order of the Health Officer of the County of*
    *Santa Clara Requiring Use of Face Coverings Indoors By All Persons*, Santa Clara County Public

28  Health (August 2, 2021), https://covid19.sccgov.org/order-health-officer-08-02-2021-requiring-
    all-to-use-face-covering-indoors.

1   *Ruifeng Biztech Inc., et al.*, No. C 20-04808 WHA (N.D. Cal. Nov. 16, 2021), ECF Nos. 246, 269;

2   *Atari Interactive, Inc. v. Redbubble, Inc.*, No. 18-cv-03451-JST (N.D. Cal. Oct. 18, 2021), ECF

3   No. 205.  In addition, these judges have also required that all persons who wish to attend or

4   participate in the trial in-person be fully vaccinated against COVID-19, including attorneys, jurors,

5   witnesses, and members of the public.  *See id.*  Alternatively, if *all* parties wish to postpone the

6   trial to a date during the summer 2022 (when levels of community transmission are expected to be

7   lower), the Court will entertain that proposal, but only to address the COVID-19 public health

8   considerations.

9           The parties' further submission on this issue is due by **February 11, 2022**.

10          **IT IS SO ORDERED.**

11  Dated: February 1, 2022

12

13

14                                                                  VIRGINIA K. DEMARCHI
                                                                    United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California