UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATISH RAMACHANDRAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ALTOS, et al.,<br><br>Defendants. | Case No. 23-cv-02928-SVK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Virginia K. DeMarchi for consideration of whether the case is related to *Ramachandran v. City of Los Altos, et al.*, Case No. 18-cv-1223-VKD.

**SO ORDERED.**

Dated: June 14, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge