1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

SAN JOSE DIVISION

7

8  SATISH RAMACHANDRAN,               Case No.  18-cv-01223-VKD

9                    Plaintiff,        Case No.  23-cv-02928-SVK

10          v.

**ORDER DETERMINING CASES ARE**

11  CITY OF LOS ALTOS, et al.,          **NOT RELATED**

12                    Defendants.       Re: Dkt. No. 348

13

14          On June 14, 2023, Judge van Keulen referred Case No. 23-cv-2928 for consideration of

15  whether it is related to Case No. 18-cv-1223.  *See* Civil L. R. 3-12(c); Dkt. No. 347.  The Court

16  has received responses from the defendants in Case No, 23-cv-2928, the City of Los Altos and its

17  employees ("City defendants"), and Pamela Jacobs.  Dkt. Nos. 349; 350.  It has not received a

18  response from Mr. Ramachandran.  The City defendants argue that Case No. 23-cv-2928 should

19  be related to Case No. 18-cv-1223 because the two cases concern substantially the same parties

20  and events.  Dkt. No. 349 at 4.  Ms. Jacobs argues that Case No. 18-cv-1223 should be related to

21  Case No. 20-cv-03693, another case filed by Mr. Ramachandran and heard by Judge Freeman.

22  Dkt. No. 350.

23          While the allegations and defendants in all three of Mr. Ramachandran's cases overlap, the

24  Court determines that Case No. 23-cv-2928 should not be related to Case No. 18-cv-1223, as

25  relating the cases will not avoid "an unduly burdensome duplication of labor and expense or

26  conflicting results if the cases are conducted before different Judges."  *See* Civil L. R. 3-12(a)(2).

27  Case No. 18-cv-1223 is currently stayed pending the conclusion of additional litigation in state

28  court.  *See* Dkt. No. 336.  That litigation appears close to resolution and the City defendants claim

United States District Court
Northern District of California

it will have a "potentially dispositive effect" on Case No. 18-cv-1223 once it is complete.  Dkt. No. 345 at 2.  If Case No. 18-cv-1223 is indeed nearing its end, then there is little reason to expect that relating Case No. 23-cv-2928 to it would avoid duplication of labor or increase efficiency. *See Carlyle Fortran Tr. v. NVIDIA Corp.*, No. C 05-00427 JW, 2008 WL 4717467, at *1 (N.D. Cal. Oct. 24, 2008) (declining to relate in part where allegedly related cases were inactive or on appeal); *Rezner v. Bayerische Hypo-Und Vereinsbank AG*, No. C 06-02064 JW, 2009 WL 3458704, at *1 (N.D. Cal. Oct. 23, 2009) (declining to relate in part where allegedly related cases were stayed pending mediation or closed on appeal).

Accordingly, the Court determines that Case No. 23-cv-2928 and Case No. 18-cv-1223 are not related within the meaning of Civil Local Rule 3-12.

**IT IS SO ORDERED.**

Dated: June 26, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge

United States District Court
Northern District of California

2